UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| WISCONSIN PROVINCE OF THE SOCIETY OF JESUS<br>　　Plaintiff,<br><br>v.<br><br>AUDREY V. CASSEM, ET AL.<br>　　Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | No. 3:17-cv-01477 (VLB)<br><br>September 27, 2019 |

BEFORE the Court is Plaintiff Wisconsin Province of the Society of Jesus's Motion to Compel Michael A. Jenike, MD to comply with a subpoena to produce documents. [Dkt. 107 (Pl. Mot. to Compel.)]. Fed. R. Civ. P. 45 permits parties to obtain information from non-parties through the inspection and copying of documents that non-party is requested to produce. The subpoena was served on September 5, 2019. [Dkt. 107 (Ex. A (subpoena));(Ex. B (Proof of Service))]. The subpoena provided 14 days to comply. *Id*. That time has passed and Dr. Jenike has yet to respond.

　　Disobedience of a subpoena may be punished by contempt. *See* Fed. R. Civ. P. 45(e). Dr. Jenike is hereby ordered to respond to Plaintiff's subpoena within seven (7) days following the issuance of this Order.

　　　　　　　　　　　　　　　　　　IT IS SO ORDERED.

　　　　　　　　　　　　　　　　　　_____/s/_____
　　　　　　　　　　　　　　　　　　Hon. Vanessa L. Bryant
　　　　　　　　　　　　　　　　　　United States District Judge

Dated at Hartford, Connecticut: September 27, 2019

1